# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| MALLINCKRODT PLC, *et al.*,[1] | : | Case No. 20-12522 (JTD) |
| Debtors. | : | (Jointly Administered) |
| | | |
| KENNETH R. GREATHOUSE, *et al.*, | : | Adv. Pro. No. 21-51178 (JTD) |
| Plaintiffs, | : | **Re: Adv. D.I. 1, 5, 12, 15, 17, 18** |
| v. | : | |
| MALLINCKRODT PHARMACEUTICALS IRELAND LIMITED, *et al.* | : | |
| Defendants. | : | |

## ORDER APPROVING FIFTH STIPULATION GRANTING DEFENDANTS AN EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND

Upon consideration of the *Fifth Stipulation Granting Defendants an Extension of Time to Answer, Move, or Otherwise Respond* (the "<u>Stipulation</u>"),[2] a copy of which is attached hereto as **Exhibit 1**; and the Court having jurisdiction to consider the Stipulation pursuant to 28 U.S.C. §§ 157 and 1334; and good and sufficient cause appearing therefore;

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at http://restructuring.primeclerk.com/Mallinckrodt. The Debtors' mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.

[2] Capitalized terms not defined herein shall have the meaning ascribed to such terms in the Stipulation.

**IT IS HEREBY ORDERED THAT** the Stipulation, attached hereto as Exhibit 1, is **APPROVED**; and it is

**FURTHER ORDERED THAT** the time within which the Defendants may answer, move, or otherwise respond to the Complaint is hereby extended through and including the 30th day after the effective date of the *Fourth Amended Joint Plan of Reorganization (with Technical Modifications) of Mallinckrodt plc and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code* [Bankr. D.I. 6510] (as supplemented, amended, or modified).

Dated: March 2nd, 2022
Wilmington, Delaware

JOHN T. DORSEY
UNITED STATES BANKRUPTCY JUDGE