# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MALLINCKRODT PLC, *et al.*,[1] | Case No. 20-12522 (JTD) |
| Debtors. | (Jointly Administered) |
| | |
| KENNETH R. GREATHOUSE, *et al.*, | Adv. Pro. No. 21-51178 (JTD) |
| Plaintiffs, | **Re: Adv. D.I. 1, 5, 12, 15, 17, 19, 20** |
| v. | |
| MALLINCKRODT PHARMACEUTICALS IRELAND LIMITED, *et al.* | |
| Defendants. | |

## ORDER APPROVING SIXTH STIPULATION GRANTING DEFENDANTS AN EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND

Upon consideration of the *Sixth Stipulation Granting Defendants an Extension of Time to Answer, Move, or Otherwise Respond* (the "Stipulation"),[2] a copy of which is attached hereto as **Exhibit 1**; and the Court having jurisdiction to consider the Stipulation pursuant to 28 U.S.C. §§ 157 and 1334; and good and sufficient cause appearing therefore;

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at http://restructuring.primeclerk.com/Mallinckrodt. The Debtors' mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.

[2] Capitalized terms not defined herein shall have the meaning ascribed to such terms in the Stipulation.

**IT IS HEREBY ORDERED THAT** the Stipulation, attached hereto as Exhibit 1, is **APPROVED**; and it is

**FURTHER ORDERED THAT** the time within which the Defendants may answer, move, or otherwise respond to the Complaint is hereby extended through and including September 1, 2022.

**Dated: July 25th, 2022**
**Wilmington, Delaware**

**JOHN T. DORSEY**
**UNITED STATES BANKRUPTCY JUDGE**